**UNITED STATES v. Edward C. FOWLER.**

No. 6236.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1932.

D. D. Maddox, U. S. Atty., of Memphis, Tenn.

Charles L. Neely, of Memphis, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed for failure of appellant to comply with Rule 10.

**UNITED STATES v. Melvin A. GRISSOM.**

No. 5994.

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1931.

L. B. Phillips, U. S. Atty., of Memphis, Tenn.

George J. Coleman, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**UNITED STATES v. Thos. Wm. HALL.**

No. 6033.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

Perry B. Miller, of Louisville, Ky., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellant.

**UNITED STATES of America v. Van Buren HURLEY.**

No. 630.

Circuit Court of Appeals, Tenth Circuit.

Feb. 15, 1932.

Fred A. Wagoner, Asst. U. S. Atty., of Oklahoma City, Okl.

Murray F. Gibbons, of Oklahoma City, Okl., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. Olga KINER, Administratrix, etc., et al.**

No. 9414.

Circuit Court of Appeals, Eighth Circuit.

May 16, 1932.

Charles E. Sandall, U. S. Atty., of Omaha, Neb., and F. H. Wagener, Ins. Atty., U. S. Veterans' Bureau, and Robert Van Pelt, Asst. U. S. Atty., both of Lincoln, Neb.

G. E. Price and John Jacobson, both of Lincoln, Neb., for appellees.

PER CURIAM.

Appeal dismissed, on motion of appellees, without costs to either party in this court, on the authority of Old Nick Williams Co. v. United States, 215 U. S. 541, 30 S. Ct. 221, 54 L. Ed. 318; Credit Company Limited v. Arkansas Central Railway Co., 128 U. S. 258, 9 S. Ct. 107, 32 L. Ed. 448; Brooks v. Norris, 11 How. 204, 13 L. Ed. 665; Robie v. Hart, Schaffner & Marx, 40 F.(2d) 871 (C. C. A. 8); Northwestern Public Service Co. v. Pfeifer, 36 F.(2d) 5 (C. C. A. 8); and Chicago, Milwaukee & St. Paul Railway Co. v. Leverentz, 19 F. (2d) 915 (C. C. A. 8).